1248

No. 95–8575. BOYD v. CHRISTIAN METHODIST EPISCOPAL CHURCH ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–8576. FULLER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 95–8577. HOLMES v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 95–8580. WILLIAMS v. WORKERS' COMPENSATION APPEALS BOARD ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–8583. CHENG v. METROPOLITAN LIFE INSURANCE CO. C. A. 2d Cir. Certiorari denied.

No. 95–8589. TUCKER v. MONTGOMERY WARD CREDIT CORP. C. A. 5th Cir. Certiorari denied.

No. 95–8592. JAMES v. GRAZIANI ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–8596. ZILICH v. MAZURKIEWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–8598. CATANIO v. MYERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 95–8607. WARREN v. KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 95–8622. CANTRELL v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–8656. GEE v. CAMPBELL. C. A. 10th Cir. Certiorari denied.

No. 95–8662. MURPHY v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 95–8664. LANG v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.